# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-187 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Andres Quintana-Miranda, | |
| Defendant. | |

Diane L. Dodd, Special Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis MN 55415 (for the Government); and

Daniel L. Gerdts, 247 Third Avenue South, Minneapolis MN 55415 (for Defendant).

This matter is before the Court, United States Magistrate Judge Steven E. Rau, on the parties' non-dispositive pretrial motions. Based upon the record, motions and memoranda, and the arguments of counsel at the hearing and in their respective filings,

**IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2, (ECF No. 11), is **GRANTED** as follows: The Government seeks discovery pursuant to pursuant to Fed. R. Crim. P. 12.1, 12.2, 12.3, 16, and 26.2. Defendant has offered no objection to the motion. Therefore, the Government's motion is granted; Defendant shall comply with his obligations under the Federal Rules of Criminal Procedure.

2. Defendant's Motion for Immediate Production of All Discovery Required by Federals Rules of Criminal Procedure 12, 16, and 26, (ECF No. 13), is **GRANTED** as follows: Defendant seeks discovery pursuant to the Federal Rules. As noted in the motion, the Government does not object. Therefore,

Defendant's motion is granted; the Government shall comply with its obligations under the Federal Rules of Criminal Procedure.[1]

3. Defendant's Motion for an Order to Preserve All Handwritten and Tape Recorded Notes of Interviews, Debriefings, or Surveillances, (ECF No. 14), is **GRANTED** as follows: Defendant seeks an order compelling the Government to retain rough notes. The Government does not oppose. Therefore, the Government shall direct its agents involved in this case to retain and preserve any rough notes, whether handwritten or recorded, pertaining to this case.

Dated: October 23, 2018
             *s/ Steven E. Rau*
             Steven E. Rau
             United States Magistrate Judge
             District of Minnesota

             *United States v. Quintana-Miranda*
             Case No. 18-cr-187 (SRN/SER)

---

[1] Defendant also filed a discovery demand directed at the Government. (ECF No. 17). This Court does not interpret this filing as a distinct motion from his discovery motion, so therefore it is not ruled upon herein. Nonetheless, the Government indicates that it is aware of its discovery obligations and intends to comply. (ECF No. 19, at 10).